1 MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
2 TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
3 AKERMAN LLP
1160 Town Center Drive, Suite 330
4 Las Vegas, NV 89144
Telephone: (702) 634-5000
5 Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
6 Email tenesa.scaturro@akerman.com

7 *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC., <br><br> Plaintiff, <br><br> vs. <br><br> SUNRISE RIDGE A/K/A SUNRISE RIDGE MASTER HOMEOWNERS ASSOCIATION; ORION INVESTMENTS, LLC; PHILIPPE G. LAURENT AND PERRINE A. LAURENT AS TRUSTEES OF THE PHILIPPE G. LAURENT AND PERRINE A. LAURENT LIVING REVOCABLE TRUST; PHILIPPE LAURENT, INDIVIDUALLY; NEW START ASSET RECOVERY LLC; NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:16-cv-00876-RFB-NJK <br><br> **NOTICE OF DISASSOCIATION** |

PLEASE TAKE NOTICE that NATIONSTAR MORTGAGE LLC, hereby provides notice that Miles N. Clark, Esq., is no longer associated with the law firm of Akerman LLP.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

43361908;1

Akerman LLP continues to serve as counsel for Nationstar Mortgage, LLC in this action. All future correspondence and papers in this action should continue to be directed Melanie D. Morgan, Esq. and Tenesa S. Scaturro, Esq. receive all future notices.

DATED this 14th day of November, 2017.

**AKERMAN LLP**

*/s/ Tenesa S. Sacturro*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
Tenesa S. Scaturro, ESQ.
Nevada Bar No. 12488
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Plaintiff Nationstar Mortgage LLC*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: November 15, 2017

_____
UNITED STATES MAGISTRATE JUDGE