MELANE D. MORGAN, ESQ.
Nevada Bar No. 8215
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: mlanie.morgan@akerman.com
Email: jared.sechrist@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SUNRISE RIDGE a/k/a SUNRISE RIDGE MASTER HOMEOWNERS ASSOCIATION; ORION INVESTMENTS, LLC; PHILIPPE G. LAURENT and PERRINE A. LAURENT AS TRUSTEES OF THE PHILIPPE G. LAURENT LIVING REVOCABLE TRUST; PHILIPPE LAURENT, INDIVIDUALLY; NEW START ASSET RECOVERY LLC; NEVADA ASSOCIATION SERVICES, INC. <br><br> Defendants. | Case No.: 2:16-cv-00876-RFB-NJK <br><br> **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

**TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Nationstar Mortgage LLC hereby provides notice that Jesse A. Ransom is no longer associated with the law firm of Akerman LLP.

/ / /

/ / /

/ / /

1

47743993;1

Akerman LLP continues to represent Nationstar LLC in this action. All future correspondence and papers in the captioned matter should continue to be directed to Melanie D. Morgan, Esq. and Jared M. Sechrist, Esq.

DATED this 5th day of February, 2019.

**AKERMAN LLP**

*/s/ Jared M. Sechrist*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiff Nationstar Mortgage LLC*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: February 6, 2019

_____
UNITED STATES MAGISTRATE JUDGE

2

47743993;1