# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | Case No.: 2:16-cv-00876-RFB-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| SUNRISE RIDGE, et al., | |
| Defendant(s). | |

Pending before the Court is a proposed discovery plan. Docket No. 46. Nevada Association Services, Inc. did not participate in the conference to formulate that discovery plan, nor did it sign the discovery plan. *See id.* at 1 n.1. The discovery plan is therefore **DENIED**. Counsel for Nevada Association Services shall immediately contact Plaintiff's counsel regarding availability to participate in the formulation of a discovery plan, and an amended discovery plan in which all litigants join shall be filed by February 27, 2019. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS**.

IT IS SO ORDERED.

Dated: February 22, 2019

Nancy J. Koppe
United States Magistrate Judge