# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | Case No.: 2:16-cv-00876-RFB-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| SUNRISE RIDGE, et al., | |
| Defendant(s). | |

It appears that Plaintiff served Defendants Perrine A. Laurent (as trustee), Phillipe Laurent, Phillippe G. Laurent (as trustee), Orion Investments, and New Start Asset Recovery. *See* Docket Nos. 29-33. The time for those Defendants to appear has expired, but they have not done so. Plaintiff has not sought default against these Defendants, or otherwise advanced these claims. The Court hereby **ORDERS** Plaintiff to file, no later than March 7, 2019, a status report as to how it intends to proceed with respect to its claims against the above Defendants.

IT IS SO ORDERED.

Dated: February 28, 2019

_____
Nancy J. Koppe
United States Magistrate Judge