# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | Case No.: 2:16-cv-00876-RFB-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket Nos. 52, 56] |
| SUNRISE RIDGE, et al., | |
| Defendant(s). | |

Pending before the Court is an order to show cause arising out of Nevada Association Services, Inc.'s violation of the order to participate in the formulation of a discovery plan. Docket No. 52. The Court received several responses. Docket Nos. 55, 57, 58. Attorney Christopher Yergensen has also moved to withdraw as counsel. Docket No. 56. In addition, Plaintiff and Nevada Association Services have since stipulated to entry of default judgment. Docket No. 60. The Court ordered any party seeking to recover attorney's fees to file appropriate paperwork by March 25, 2019, Docket No. 59, and no such paperwork has been filed.

Given the circumstances, the Court **ADMONISHES** attorney Christopher Yergensen for not timely complying with his obligations of withdrawing as counsel upon the termination of his employment with Nevada Association Services. Mr. Yergensen's motion to withdraw as counsel (Docket No. 56) is hereby **GRANTED**. The Court also **ADMONISHES** Nevada Association Services and attorney Brandon Wood for violating an order.

1

In all other respects, the order to show cause is **DISCHARGED**.

IT IS SO ORDERED.

Dated: April 3, 2019

                                                                                                    _____
Nancy J. Koppe
United States Magistrate Judge