# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Nationstar Mortgage LLC

              Plaintiff,

v.

Sunrise Ridge, et al.

              Defendant.

DEFAULT

JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-00876-RFB-NJK

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment be entered against Nevada Association Services, Inc. only as to Nationstar's quiet title/declaratory relief claim.

| | |
|---|---|
| 5/21/19 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ A. Reyes |
| | Deputy Clerk |