| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC<br><br>Plaintiff,<br><br>vs.<br><br>SUNRISE RIDGE A/K/A SUNRISE RIDGE MASTER HOMEOWNERS ASSOCIATION; ORION INVESTMENTS, LLC; PHILIPPE G. LAURENT AND PERRINE A. ALURENT AS TRUSTEES OF THE PHILIPPE G. LAURENT AND PERRINE A. LAURENT LIVING REVOCABLE TRUST; PHILIPPE LAURENT, INDIVIDUALLY; NEW START ASSET RECOVERY LLC; NEVADA ASSOCIATION SERVICES, INC.<br><br>Defendants. | CASE NO.: 2:16-cv-00876-RFB-NJK<br><br>**ORDER GRANTING DEFENDANT SUNRISE RIDGE MASTER HOMEOWNERS ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT** |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Defendant SUNRISE RIDGE MASTER HOMEOWNERS ASSOCIATION'S ("Sunrise Ridge") Motion for Summary Judgment (ECF No. 66) having come for hearing on December 16, 2019 at 10:30 a.m., William S. Habdas, Esq., appearing on behalf of Plaintiff NATIONSTAR MORTGAGE, LLC ("Nationstar"), and Jonathan K. Wong, Esq. appearing on behalf of Defendant Sunrise Ridge, the Court, having considered the written submissions of the parties and the oral argument of counsel at the hearing, and for good cause appearing thereto, the Court finds the following:

IT IS ORDERED that Sunrise Ridge's Motion for Summary Judgment (ECF No. 66) is GRANTED.

IT IS FURTHER ORDERED that Nationstar's deed of trust on real property located at 3789 Dusky Flycatcher Street in Las Vegas, Nevada 89122 (the "Property") was extinguished on the date of the HOA foreclosure sale conducted on October 19, 2012.

IT IS FURTHER ORDERED that, as the extinguishment of Nationstar's deed of trust is dispositive of this matter, Nationstar's remaining causes of action are hereby dismissed.

IT IS FURTHER ORDERED that the notice of lis pendens in this case (ECF No. 3) is expunged.

DATED this __7th__ day of January, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE